IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BEN WEISFELD**                                                     **PLAINTIFF**

**V.**                                                       **NO: 3:22CV254 M-V**

**VILLAGE PLAZA, LLC.**                                        **DEFENDANT**

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal [26] filed in this case, it is hereby **ORDERED** that the cause be dismissed with prejudice.

This the 25th day of July 2023.

                                               /s/ MICHAEL P. MILLS
                                               UNITED STATES DISTRICT JUDGE
                                               NORTHERN DISTRICT OF MISSISSIPPI